UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE:  Robert C. Rousseau | : | Chapter 13 | |
| | : | | |
| | : | | |
| Debtor | : | No.:  24-11822-djb | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE BANKRUPCTY COURT:

Kindly enter my appearance as attorney for Debtor, Robert C. Rousseau.

Respectfully submitted,

/s/William D. Schroeder, Jr.
Attorney for Debtor,
Robert C. Rousseau
William D. Schroeder, Jr.
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org